IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-02579-PAB-MEH

TINA M. BERIG,

    Plaintiff,

v.

FAMILY DOLLAR STORES OF COLORADO, INC.,
a Colorado corporation and wholly owned subsidiary of
Family Dollar Stores, Inc., a Delaware corporation,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss with Prejudice [Docket No. 20].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the stipulated motion to dismiss [Docket No. 20] is granted.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED June 2, 2009.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge